UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**AILEEN RAGULEN** : DOCKET NO. 2:22-cv-06106

**VERSUS** : JUDGE JAMES D. CAIN, JR.

**NATIONAL UNION FIRE INSURANCE
CO OF PITTSBURGH PA, ET AL** : MAGISTRATE JUDGE KAY

## JUDGMENT

The Report and Recommendation [doc. 24] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the Motion to Remand [doc. 24] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 26th day of October, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE